# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEWAYNE A. THOMPSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| -vs- | ) Case No. CIV-24-557-F |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

     On October 31, 2024, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation, recommending the court grant respondent's motion to dismiss and dismiss without prejudice petitioner's 28 U.S.C. § 2241 habeas petition for failure to exhaust administrative remedies. *See*, doc. no. 14. Magistrate Judge Mitchell advised petitioner of his right to file an objection to the Report and Recommendation on or before November 22, 2024, and specifically advised him that failure to make a timely objection to the Report and Recommendation waives the right to appellate review of both factual and legal questions therein contained.

     To date, petitioner has neither filed an objection to the Report and Recommendation nor requested an extension of time to file one. With no timely objection being filed, the court accepts, adopts, and affirms the Report and Recommendation.

     Accordingly, Respondent's Motion to Dismiss Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (doc. no. 11) is **GRANTED**. The Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (doc. no. 1) filed by petitioner

Dewayne A. Thompson is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. A judgment will be entered separately.

DATED this 6th day of December, 2024.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0557p001.docx